Order filed November 21, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00049-CR

_____

## LUIS RAMIREZ RUEDAS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Tarrant County, Texas**
**Trial Court Cause No. 1274451D**

## O R D E R

This appeal has become unduly stalled due to the failure of Appellant's appointed counsel, Donald S. Gandy, to file an appellate brief. The brief was originally due on March 21, 2013. For whatever reason, counsel's performance in this court has been unsatisfactory; he has failed to file a brief or respond in a timely manner.

By letter dated July 25, 2013, this court directed counsel to file in this court an appellate brief on or before August 9, 2013. Counsel failed to file a brief as

directed. Subsequently, on September 30, 2013, this court "ORDERED" counsel to either file a brief on or before 3:00 p.m. on October 11, 2013, or appear in person to explain the inordinate delay in the preparation of Appellant's brief. Counsel ignored this court's September 30 order and has yet to file a brief in this appeal.

Consequently, we abate the appeal and remand the cause to the trial court so that it may appoint new counsel to represent Appellant in this appeal. Pursuant to TEX. R. APP. P. 38.8(b), the trial court is instructed to conduct a hearing to determine the following:

1. Whether Appellant desires to prosecute his appeal;

2. Whether Appellant remains indigent; and

3. Whether new counsel should be appointed for appeal.

The trial court is directed to make appropriate findings and recommendations pursuant to Rule 38.8(b) and, if appropriate, to appoint new counsel. The trial court clerk is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. The supplemental records are due to be filed in this court on or before December 9, 2013.

The appeal is abated.

PER CURIAM

November 21, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2